```
                                          FILED
                                          AUG - 5 2010
                                    CLERK, U.S. DISTRICT COURT
                                    CENTRAL DISTRICT OF CALIFORNIA
                                    SOUTHERN DIVISION AT SANTA ANA
                                    BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF<br>　　　v.<br>JOSE ADRIAN CERVANTES,<br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>SA10-307M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Kelley Munoz, defendant's attorney_____, IT IS ORDERED that a detention hearing is set for _August 9_____, _2010_, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _Magistrate Judge Marc L. Goldman_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　　　*(Other custodial officer)*

Dated: _8/5/10_　　　　　　　　　　　　_/s/ MARC L. GOLDMAN_
　　　　　　　　　　　　　　　　　　　U.S. ~~District Judge~~/Magistrate Judge

---

CR-66 (10/97)　　ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT